### GIFFARD ag$^t$ DISPAWS

John Giffard plaint. ag$^t$ Henry Dispaw Senio$^r$ & Henry Dispaw junio$^r$ Defend$^{ts}$ in an action of reveiw of a judgem$^t$ granted ag$^t$ him

the s⁴ Giffard John Wright Esqʳ & Ezekiel Fogg them or either of them at the Last County Court held in Boston in January last, this with due damages according to attachmᵗ dat. Augᵗ 16ᵗʰ 1675. . . . The Jury . . . founde for the plaint. Five hundred pounds mony & costs of Court being thirty five Shillings & four pence.

Execucion issued April: 24° 1676.

[The execution is filed in S. F. 1576.]